KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUKHJINDER KAUR, <br><br>               Plaintiff, <br><br>       v. <br><br>DAVID N. STILL, District Director, United States Citizenship and Immigration Services <br><br>               Defendants. | No. C 06-3855 MJJ <br><br> STIPULATION TO EXTEND DATES; and [~~PROPOSED~~] ORDER |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 20, 2006, and Defendants' Answer is currently due on August 21, 2006.

    2. Pursuant to this Court's June 20, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 12, 2006, and attend a case management conference on September 19, 2006.

    3. In order to allow sufficient time for agency to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stip to Ext Time
C 06-3855 MJJ

|   |   |   |
|---|---|---|
| 1 | Defendants' Answer: | September 25, 2006 |
| 2 | Last day to file Joint ADR Certification: | October 3, 2006 |
| 3 | Last day to file/serve Joint Case Management Statement: | October 17, 2006 |
| 4 | Case Management Conference: | October 24, 2006 |

Dated: August 18, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

                    /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: August 18, 2006

                    /s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    8/22/2006

*[signature]*
MARTIN M. JENKINS
United States District Judge

Stip to Ext Time
C 06-3855 MJJ