| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUKHJINDER KAUR, | ) | |
| | ) | No. C 06-3855 MJJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID N. STILL, District Director, United | ) | STIPULATION TO DISMISS; |
| States Citizenship and Immigration Services, | ) | and [~~PROPOSED~~] ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's petitions for relative asylum status.

Each of the parties shall bear their own costs and fees.

///

///

///

///

///

///

Stip to Dismiss
C 06-3855 MJJ

| | | |
|---|---|---|
| 1 | Dated: September 22, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 8 | Dated: September 22, 2006 | /s/<br>JONATHAN M. KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/25/2006

*/s/ Martin J. Jenkins*
MARTIN M. JENKINS
United States District Judge

Stip to Dismiss
C 06-3855 MJJ

2